UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SANDY ROLLO-HAWKINS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2598-KHV/JPO |
| PYXIS, INC., | ) |
| Defendant. | ) |

### JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

NOW on this 8th day of July, 2008, this matter comes before the Court by agreement of counsel. Plaintiff appears by and through her counsel of record, Eric W. Smith of E.W. Smith Employment Law, LLC. Defendant appears by and through its counsel of record, Jeff P. DeGraffenreid of Foulston Siefkin LLP.

WHEREUPON, the parties announce to the Court that a full, final, and complete settlement of this matter has been agreed upon and that this case should be dismissed with prejudice.

WHEREFORE, after being duly advised in the premises, the Court finds that this action should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that this action be and hereby is dismissed with prejudice, and that all costs will be assessed to the party incurring them.

IT IS SO ORDERED.

        s/ Kathryn H. Vratil
Chief Judge Kathryn H. Vratil
United States District Court Judge

APPROVED:

E.W. Smith Employment Law, LLC
10955 Lowell Ave., Suite 1050
Overland Park, KS 66210
(913) 663-5550


By  s/ Eric W. Smith
    Eric W. Smith, #16539
    Attorneys for Plaintiff


FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS 67206
(316) 267-6371


By   s/ Jeff P. DeGraffenreid
    Jeff P. DeGraffenreid, #15694
    Attorneys for Defendant